# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| Andrea Smolek, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 18 CV 2716 |
| | ) | |
| v. | ) | |
| | ) | Judge Marvin E. Aspen |
| Hyundai Motor America (Corporation), et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

Pursuant to Joint Stipulation to Transfer Case [7], it is hereby ordered that this case shall be transferred to the United States District Court for the Central District of California for coordination with In re: Kia Engine Litigation, 8:17-cv-00838-JLS-JDE (C.D. Cal.); Coats et al. v. Hyundai Motor Co., Ltd., Case No. 8:17-cv-02208 (C.D. Cal.); and Brogan v. Hyundai Motors America, 8:18-cv-00622-JLS-JDE (C.D. Cal.) before the Honorable Josephine L. Staton. Civil case terminated.

Date:   June 5, 2018

_____
U.S. District Judge Marvin E. Aspen