

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton** 312-435-5670
**Clerk**

Date: 6/12/2018

US District Court
Central District of California

Re: Smolek v. Hyundai Motor America (Corporation) et al

USDC Case Number: 18-cv-2716

Dear Clerk:

Pursuant to the order entered by Honorable Marvin E. Aspen, on 06/05/2018, the above record was

X    electronically transmitted to Central District of California

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

                                Sincerely,
                                Thomas G. Bruton, Clerk

                                By:    /s/ Roberto Perez
                                           Deputy Clerk

New Case No. _____ Date _____

cc:    Non-ECF Attorneys and Pro se Parties

Rev. 09/23/2016